**Rodney L. BURR, Petitioner–Appellant,**

v.

**INTERNAL REVENUE SERVICE,
Respondent–Appellee.**

**No. 02–2205.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Feb. 20, 2003.

Rodney L. Burr, Appellant Pro Se. Laurie Allyn Snyder, UNited States Department of Justice, Washington, D.C.; B. John Williams, Jr., Internal Revenue Service, Washington, D.C., for Appellee.

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Rodney L. Burr appeals from the tax court's decision upholding the Commissioner's determination of deficiencies and additions to tax for the years 1995 and 1996. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the tax court. *See Burr v. Internal Revenue Service,* No. 99–12918 (U.S.T.C. July 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*